UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-498-JLB-AEP

GEORGE RUSSELL ISBELL, JR.

**UNITED STATES' AMENDED NOTICE OF INTENT
TO OFFER "OTHER ACT" EVIDENCE AT TRIAL**

The Defendant is charged with one count of Interstate Communication of a Threat to Injure or Kill in violation of 18 U.S.C. § 875(c) and one count of Mailing Threatening Communications in violation of 18 U.S.C. § 876(c), both relating to the threatening letter that he sent from San Diego, California to VICTIM 1 in Tampa, Florida. At trial, the United States intends to admit the following evidence:

1.   Other threatening and harassing letters, envelopes, handwritten and printed papers directed toward VICTIM 1 and others, which were found during the search of the defendant's home on October 8, 2025, photographs of which have previously been provided to defense in discovery on December 9, 2025. The Government files this notice out of an abundance of caution and submits that this evidence should be admitted as intrinsic or inextricably intertwined evidence with the charged offenses because it is directly connected to the factual circumstances of the crime and provides contextual and background information to the jury showing his *mens rea*. Alternatively, they will be offered and should be admitted under Federal Rule of Evidence 404(b) to establish the Defendant's motive, opportunity, intent,

preparation, plan, knowledge, identity, and absence of mistake or lack of accident in communicating the threat.

2. Evidence of a prior threat made via email by defendant to a Louisiana lawmaker in February, 2021 and his statements that he had sent similar communications to other lawmakers. This evidence will be presented through documentary evidence including a copy of the defendant's email to the legislator and the testimony of Louisiana State Police Sergeant Andrew Mai who interviewed the defendant and authored a report about this incident. That report and further details about this threatening email were provided to defense in a discovery production on January 8, 2026, at BATES EM-00004 through EM-00005. A copy of the email was provided to defense in a discovery production on January 9, 2025, at BATES EM-00006. This evidence may be offered and should be admitted under Federal Rule of Evidence 404(b) to establish the Defendant's motive, intent, preparation, plan, knowledge of the fact that his threatening communications are viewed as threats, and absence of mistake or lack of accident in communicating the threat charged in this case.

The United States reserves the right to use any of the listed evidence for rebuttal or impeachment purposes should the need arise. Nothing in this notice is intended to waive any other argument the United States may have regarding the admissibility of the listed evidence.

WHEREFORE, the United States notices the Defendant of its intent to offer the above-described evidence at trial.

                                        Respectfully submitted,

                                        GREGORY W. KEHOE
                                        United States Attorney

By:   */s/ Joseph H. Wheeler, III*
       Joseph H. Wheeler, III
       Special Assistant U.S. Attorney
       Florida Bar No. 87451
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Joseph.Wheeler2@usdoj.gov